# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 17-01836 |
| Desiree Shane | Chapter 13 |
| Debtor. | Hon. Judge Timothy A. Barnes |

## NOTICE OF FAILURE TO COMPLY

**VIA ELECTRONIC NOTICE:**

    Jason Blust
    Law Office of Jason Blust, LLC
    211 W. Wacker Drive, Ste. 900B
    Chicago, IL 60606

    Marilyn O. Marshall
    224 South Michigan Ste 800
    Chicago, IL 60604

**VIA U.S. MAIL:**

    Desiree Shane
    9800 S. Union Ave
    Chicago, IL 60628

PLEASE TAKE NOTICE that the Debtor has failed to comply with the provisions set forth in the Order of this Honorable Court dated May 28, 2020, and hereto attached. In accordance with said Order, U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust mailed notification of non-compliance to all required parties on June 24, 2022. The Debtor did not cure the default within the time specified in said Notice.

THEREFORE, the automatic stay has been modified and Bankruptcy Rule 4001(a)(3) waived, as to U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust, its successors and/or assigns, as to a certain mortgage upon real estate, with a common address of 9800 South Union Avenue, Chicago, IL 60628.

Dated: July 19, 2022										Respectfully Submitted,

										Molly Slutsky Simons
										Molly Slutsky Simons (OH 0083702)
										Sottile & Barile, Attorneys at Law
										394 Wards Corner Road, Suite 180
										Loveland, OH 45140
										Phone: 513.444.4100
										Email: bankruptcy@sottileandbarile.com
										Attorney for Movant

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Notice upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on July 19, 2022, before the hour of 5:00 p.m.

										Molly Slutsky Simons
										Molly Slutsky Simons (OH 0083702)
										Attorney for Movant