D. Anthony Sottile [1,2,3]
Franco M. Barile [1,4]
Jon Lieberman [1,2,4]
Michael J. Lubes [1,5]
Dennis V. Ferguson [3,7]
Molly Simons [1,2,6]

Michelle D. Heinz [1,3]
Mary E. Spitz [5]
Ethan Hill [1,2,4]
Amro M. Mustafa [5]
Anthony Schievelbein [1]
Jason A. Newman (*Of Counsel*) [5]

(1)-Ohio, (2)-Kentucky, (3)-Indiana, (4)-Michigan, (5)-Illinois, (6)-West Virginia, (7)-Alabama



www.sottileandbarile.com

June 24, 2022

Jason Blust
Law Office of Jason Blust, LLC
211 W. Wacker Drive, Ste. 900B
Chicago, IL 60606

    RE: Desiree Shane
    Bankruptcy Case No.: 17-01836
    Creditor: U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for Cabana Series III Trust
    Please Refer to File Number ILB2206015

Dear Sir/Madam,

    I am writing to you on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for Cabana Series III Trust to advise you that the above referenced Debtor has defaulted on payments pursuant to the Order entered May 28, 2020.

    The Debtor has failed to remit post-petition payments for the months of April 1, 2022 through June 1, 2022 in the amount of $604.78 each. The total amount necessary to cure the default through June 23, 2022 is $1,237.16 which includes a suspense balance of $577.18. Payment **- IN CERTIFIED FUNDS ONLY -** should be sent directly to Rushmore Loan Management Services, 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618-2132

    If this default is not cured within fourteen (14) days after the date of receipt of this notice, Movant may file a Notice of Failure to Comply with the Court attesting to the default by the debtor and upon filing the Notice of Failure to Comply, without further hearing, the stay shall be terminated.

                    Sincerely,

                    /s/ Molly Slutsky Simons
                    Molly Slutsky Simons
                    Sottile & Barile, Attorneys at Law
                    394 Wards Corner Road, Suite 180
                    Loveland OH 45140
                    Phone: (513) 444-4100
                    bankruptcy@sottileandbarile.com

**Pursuant to the Fair Debt Collection Practices Act, you are advised that this office is deemed to be a debt collector and any information obtained may be used for that purpose.**

*Corporate Office*
7530 Lucerne Drive
Suite 210
Middleburg Heights, OH 44130
440.572.1511

*Southern Ohio Office*
394 Wards Corner Road
Suite 180
Loveland, OH 45140
513.444.4100

*Indiana Office*
450 East 96th Street
Suite 500
Carmel, IN 46240
440.572.1511

*Illinois Office*
1415 West 22nd Street
Tower Floor
Oak Brook, IL 60523
312.883.2810

D. Anthony Sottile [1,2,3]
Franco M. Barile [1,4]
Jon Lieberman [1,2,4]
Michael J. Lubes [1,5]
Dennis V. Ferguson [3,7]
Molly Simons [1,2,6]



Michelle D. Heinz [1,3]
Mary E. Spitz [5]
Ethan Hill [1,2,4]
Amro M. Mustafa [5]
Anthony Schievelbein [1]
Jason A. Newman (*Of Counsel*) [5]

(1)-Ohio, (2)-Kentucky, (3)-Indiana, (4)-Michigan, (5)-Illinois, (6)-West Virginia, (7)-Alabama

www.sottileandbarile.com

cc:   Desiree Shane
      9800 S Union Ave
      Chicago, IL 60628

*Corporate Office*
7530 Lucerne Drive
Suite 210
Middleburg Heights, OH 44130
440.572.1511

*Southern Ohio Office*
394 Wards Corner Road
Suite 180
Loveland, OH 45140
513.444.4100

*Indiana Office*
450 East 96th Street
Suite 500
Carmel, IN 46240
440.572.1511

*Illinois Office*
1415 West 22nd Street
Tower Floor
Oak Brook, IL 60523
312.883.2810